E-FILED
Thursday, 10 February, 2005  02:28:24 PM
Clerk, U.S. District Court, ILCD

In the United States District Court
East Central District of Illinois
Urbana, Illinois

Darrel Lee Wilber               (
Inventor - Author               (
2261 N.35th St                  (
Decatur, Illinois 62526 6709    (
217422 2469                     (          05- 2037
plaintiff                       (
                                (
    vs                          (
                                (          **FILED**
Any officer thereof             (
defendants                      (          FEB 1 0 2005

                                           JOHN M. WATERS, Clerk
                                           U.S. DISTRICT COURT
REVERSE DISCRIMINATION          CENTRAL DISTRICT OF ILLINOIS
                                           URBANA, IL

# YOU ARE CONTRARY TO THE SUPREME LAW OF ART. 1, SEC.8, CL. 8 BY ONE WORD: PATENTABLE, BECAUSE YOU <u>HAVE NOT</u> ISSUED PATENTS TO ME.

# YOU HAVE FRUSTRATED ME TO NO END.

# AND IMMUNITY I BELIEVE DOES NOT REPLACE **GOOD BEHAVIOUR (ART. 3, SEC. 1)**.

# 28 U.S. C. §1915 (d) IS A LAW IMPAIRMENT TO THE SUPREME CONTRACT OF PATENTS.

What this is called Oppression to patents.

I see you put your stamp of approval to making injury upon this inventor to starve him to death for the greedy corporations, whence you returned my brief without a patent.

I am seeking my first patents (mulitple inventions 16 in all)

I believe the FIRST TO FILE is the corporate greed on the ORGINATOR'S DISCOVERIES to capture the patent royalities in a deceitful manner in set predacament.

It is my beleif that the patent commssioner is not only to secure patent, it goes against the grain of the constitution, that any officer thereof must be involved also.

It is my beleif that any judical action that causes injury or damage is that of ILL BEHAVIOUR.

And the justice department also has caused injury and damage.

Are any Officers Thereof purposely preventive by law toward an inventor; In Re from having Patents to my not Patented Patentable first Inventions?

Well, you have done it to me for last twelve years.

# 28 U.S. C. §1915 (d) is Contrary to The Supreme Law of Article 1, Section 8 Clause 8.

Tuesday, December 16, 2003

Company Submittial policies requiring an inventors to patent their idea first so agrees with Statue 28 U. S. C. § 1915(d) in that my idea must be patented first before any Court action. Problem is that the companies have done this thing deceitfully. That they knew how the law worketh the injustice toward me the inventor for a supposed abandonment (*or a forced abandonment*). So leaving with no sopposed legal grounds (*with one exception to the rule that the Supreme Law is in tact*) to fight back and win. So causing a flood of injustice through the same statute by making the court rules out of line to the supreme law in several ways (*address herewithin 1.* ). So causing those injustices to overriding the main issue that has caused tremendous greif.

All boils down to this; Black & Decker wanted the Idea of Mine but didn't want to pay one red Cent for them. Would rather starve me to death than to get into a Licensed agreement to manufacture. Nor wanted to get into a high bid for that agreement for manufacture.

The predacament and or the catch 22:
B&D and others wants submitted Idea to be **Patented** before they would enter into any License Agreement to Manufacture per submittial Policy. (*They B&D and others know that the Poor person doesn't have the Money or the chance in order to get a Patent.*) The Federal Courts mandate so demans that Intellectual Proprietary material (*Inventions*) be **Patented** before any Legal recourse would be sought. (*The court offficers should have known that this person In Forma Pauperis doesn't have the money for those Not patented Inventions for such Patents.*)
No Money; No Legal recourse; No patents: No license Agreement to Manufacture, No Royalities No Retail Sales And No Contractor Usage.
****************

I believe where I am at financially is the Oppression side of my financial status when my first breifs where filedin 1992.

Oppression <   Financially straped < Break even  > Capital gains  < Greed
Color of Law < Reverse Finances <   "     "    > Prosperity  <Contrariness
Financial Hardship <Debts greater than income <  > income greater than Debts

I believe that Greed and Contrariness is action of a wicked Oppresssor .
I believe that the break even is middle ground. It is where a person cross over finacially.
I believe that Greed, Contrariness, Oppression, and Color of Law is the extreme Malefaction, the opposite of Tranquillity.

I believe that you can only be on one side or the other either Financailly Oppressed or financial prosperity.

I believe there is no middle ground but a passing over point to which is called "Break even".

I believe that Federal Court personel is in stubbornness, as the same as Defiance. Recorded in God's Holy word 1 Samuel 15:23. "*For Rebellion is as the sin of witchcraft, and stubbonness is as Iniquity and Idolatry.*"

I believe that Idolatry is the excessive Coherence and devotion to the contary Law of 28 U.S. C. §1915 (d) done in each adjugement of this Inventors breifs.

I believe my Intellectual Proprietary Materials and or Inventions are **PATENTABLE**.

So I beleive that 28 U.S. C. §1915 (d) is Contrary to The Supreme Law of Article 1, Section 8, Clause 8.

Article 1, Section 8 Clause 8 so reads as: to promote the progress of science and useful arts, by securing for limited times to Authors and Inventors The exclusive Right to their respective Writings and Discoveries.

Therefore the court **has not** **secured** by **Granting Patents** to my **Patentable Inventions.**

Therefore the court **has not** **promoted the progress of Useful Art**.

Therefore the court **has not** accepted **responsiblity** to my **exclusive Right** to my **Written Discoveries.**

Therefore the court **Has been One sided** and or rigged toward the rich.

Therefore the court **has** misuse of power to the affidavit that's one sided toward the Rich.

Therefore the court **has not adhered to** my written discoveries: that no state ( *I believe also that the Federal government must therein*) shall enter into a Law of impairing the obligation of Contracts (*Supreme contracts of Patents to the poor and or InForma pauperis.*) Article 1, Section 10, Clause 1

Therefore the court has not applied the **carring into execution the foregoing powers** of Article 1, section 8, clause 8 by **any Officer thereof any department** (*Article 1, Section 8, Clause 18*) to **service and secure** my Patentable Inventions.

Therefore the court has made **insult to injury by making** my breifs and my patentable inventions frivilous (1:92 CV 2095 WCO) as docketed into record on **July 6th 1993** the 25th anniversary of me getting seriously wounded by Viet Cong on **July 6th 1968** in South Vietnam.

I thought bad laws were canceled out by good ones. Whereas usurped 28 U.S. C. § 1915 (d) the bad law cancels out 28 U.S. C. § 1331 Violation of Federal offficers. (*Wrong way corrigendum*) I beleive this is ill behavior.

I believe that 28 U.S. C. § 1915 (d) makes me at the time pro se In Forma Pauperis as is if I was RICH.

I believe that 28 U.S. C. § 1915 (d) is a Law of impairment to the supreme Contract of Patents and license agreements to manufacture.

I believe that 28 U.S. C. § 1915 (d) makes Judical tyrants.

I believe that 28 U.S. C. § 1915 (d) makes my Patent-able inventions as forced abandonments.

# I believe that In Forma Pauperis must be granted the priviledge of not paying the high ended the upfront fees for my very **FIRST** Patent-able Inventions.

Unknown agent has done malpractice Discovery in home invasion, computor piracy on my two computors.

The Law that we
Inventors Know best;
Article One, Section Eight,
Clause Eight.
And It stands Supreme.
For it has been taught in
8th grade History Class.
But Judical Officers
portray and act as if
28 U.S.C.§ 1915(d)
is the supreme law.

Tuesday, December 16, 2003

# 28 U.S. C. §1915 (d)

Is the In Forma Pauperis
worse night mare.
Making this a tightly closed
door as a tool against the poor.
and or
making this
The rich man's market:
The Patent office Fees
The installment plan
that has high end
up front down payment,
with yearly installments.

Tuesday, January 20, 2004

Why the large Letters?
To make it a Poster
and so that whosoever
may read it that it will get their
attention and understand
where I am coming from and
to why there is a great
injustice so made. And try to
solve it peacefully.



A general Purpose Contractor's Power Tool
"The Flush Cutting Carpenter Construction,
Invented by A Master of Trimed Construction. Long
Cutting in inside corners Tall, 8 1/2 inches,
2 3/4 inches Wide, 7 inches Tall
Suggested Retail Price



"The Elongated Vertical Motor Flush Cutting Jig Saw."

A Special Purpose Contractor's Power Tool

Invented by A Master Carpenter to do Cutting

in inside corners of Underlaymet under Kitchen Cabinets.

2 3/4 Inches Wide, 8 1/2 Tall, 8 1/2 Long

Suggested Retail Price



4 - 16 - 2001

Contractor's Power Tool

An All Purpose Contractor Cutting Jig Saw"

"The Barrow A Master of Trimed bottom or back of

Invented by Flush Cutting Carpenter Construction.

Cutting in inside corners in the bottom FOR IT.

Got a tight spot to cut a hole in. THIS IS TOOL FOR IT.

such framed construction, 4 inches Tall, 8 1/2 long

2 3/4 inches Wide, 4 inches Tall price $135.00

Suggested Retail price $135.00

A Uniquely Novel, All Purpose Contractor's Power Tool

"The Flush Cutting Carpenter Recipicating Saw"

Invented by A Master Carpenter to do heavy duty

Cutting in inside corners of framed Construction.

12½ inches Long, 5 Inches Wide, 9 inches High Construction

Suggested Retail Price $ 175.00




Typical Veiw of
The Modified Bayonet Double Edged Toothed Blade

Royality Figures
THE FLUSH CUTTIN JIG SAWS ITS MODIFIED BAYONET BLADES
" A "
The Vertical motor Flush Cutting Jig Saw @135.00
320 completed units per day
x5 Days
1,600 per week
x50 weeks equal one year
80,000 Units per year
x135.00 dollars per unit or saw
$10,800,000 Gross sales w/o taxes for one year
x .15% Royalities

| | |
|---|---|
| This below for the | $ 1,620,000 Straight Royalities |
| Know How Royalities | $10,800,000 gross sales |
| $ 10,800,000 | x19 years 17 Patent life + 2 years processing |
| x .05% | $205,200,000 19year gross sales |
| 4 540,000.00 | x 15% Royalities |
| | $ 30,780,000 19 years Royalities w/o10%growth |

$ 1,620,000 Straght Royaities
+ 540,000 Know how royaliities
$ 2,140,000 Combined Royalities for one year

" B" The elongated Vertical Motor Flush Cutting Jig Saws
320 completed units per day
x5 Days
1,600 per week
x50 weeks equal one year
80,000 Units per year
x135.00 dollars per unit or saw
$10,800,000 Gross sales w/o taxes for one year
x .15% Royalities

| | |
|---|---|
| This below for the | $ 1,620,000 Straight royalities for one year |
| Know How Royalities | $10,800,000 gross sales |
| $ 10,800,000 | x19 years 17 Patent life + 2 years processing |
| x .05% | $205,200,000 19year gross sales w/o10%growth |
| 4 540,000.00 | x 15% Royalities |
| | $ 30,780,000 19 years of straight Royalities |

$ 1,620,000 Straght Royaities
+ 540,000 Know how royaliities
$ 2,140,000 Combined Royalities for one year

C.      Barrel type Flush Cutting Jig Saw

                         320 completed units per day
                          x5 Day
                        1,600 per week
                        x50 weeks equal one year
                      80,000 Units per year
                      x135.00 dollars per unit or saw
                  $10,800,000 Gross sales w/o taxes for one year
                    x  .15% Straight Royalities

This below for the            $ 1,620,000   "      "
Know How Royalities         $10,800,000 gross sales
$ 10,800,000              x19 years 17 Patent life + 2 years processing
     x .05%          $205,200,000 19year gross sales w/o10%growth
4    540,000.00           x 15% 19 years of straight Royalities
                   $ 30,780,000 19 years of straight Royalities

$ 1,620,000 Straght Royaities
 + 540,000 Know how royaliities
$ 2,140,000 Combined Royalities for one year

<br>
<br>

"D"   The Recipicating Flush Cutting Saw @175.00

                        160 completed units per day
                         x5 Day
                        800 per week
                        x50 weeks equal one year
                      40,000 Units per year
                      x175.00 dollars per unit or saw
                  $ 7,000,000.Gross income for 1 year
                    x  15% Royalities

This below for              $1,050,000 Royalities for one year
Know How Royalities
$7,000,000           $  7,000,000 Gross income for 1 year
    x 05              x19  17 Patent life + 2 years processing
    350,000          $ 133,000,000 Gross income w/o10%growth
 + 1,050,000
$  1,400,000 Combine straight And Know how Royalities

"E"   Modified Bayonet double edge toothed Metal Cutting @  $1.25
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

x 5
24,000 blades per week
x   50 weaks
1,200,000  units per year
$1.25
$ 1,500,000 gross income for 1 year
x .05 % royalities
$ 75,000 Royalilties for 1 year

This below for
Know How Royalities

| | |
|---|---|
| $1,500,000 | $    1,500,000 Gross income for 1 year |
| x .025 | x19    17 Patent life + 2 years processing |
| 37,500 | $ 28,500,000 Gross income w/o10%growth |
| + 75,000 | |
| $ 112,500  Combined Royalities for one year | |


"F"  MODIFIED BAYONET BLADE DOUBLE TOOTHED HOLLOW GROUND @1,65
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

x 5
24,000 blades per week
x   50 weaks
1,200,000  units per year
$1.65  Suggested Unit Price
$ 1,980,000 gross income for 1 year
x .05 % royalities
$ 99,000 Royalilties for 1 year

This below for
Know How Royalities

| | |
|---|---|
| $1,980,000 | $    1,980,000 Gross income for 1 year |
| x .025 | x19    17 Patent life + 2 years processing |
| 49,500 | $ 37,620,000 Gross income w/o10%growth |
| + 99,000 | |
| $ 148,500  Combined Royalities for one year | |

"G " MODIFIED BAYONET DOUBLE TOOTHED EDGE ROUGH CUT @ $1.25
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

$$x\ 5$$
24,000 blades per week
$$\underline{x\ \ 50}\ weaks$$
1,200,000  units per year
$$\underline{\$1.25}$$
$ 1,500,000 gross income for 1 year
$$\underline{x\ .05}\ \%\ royalities$$
$ 75,000 Royalilties for 1 year

This below for
Know How Royalities

| $1,500,000 | $  1,500,000 Gross income for 1 year |
| x .025 | x19   17 Patent life + 2 years processing |
| 37,500 | $ 28,500,000 Gross income w/o10%growth |
| + 75,000 | |

$ 112,500  Combined Royalities for one year


"H"  MODIFIED DOUBLE TOOTHED EDGE, NAIL EMBEDDED @ 1.35
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

$$x\ 5$$
24,000 blades per week
$$\underline{x\ \ 50}\ weaks$$
1,200,000  units per year
$$\underline{\$1.35}$$
$ 1,620,000 gross income for 1 year
$$\underline{x\ .05}\ \%\ royalities$$
$ 81,000 Royalilties for 1 year

This below for the
Know How Royalities

| $   1,620,000 | $1,620,000 gross sales |
| x .05% | x19 years 17 Patent life + 2 years processing |
| $   40,500.00 | $30,780,000   19year gross sales |
| | x 05%  Royalities |
| | $ 1,539,000   19 years  Royalities w/o10%growth |

$     81,000 Straght Royaities
 +   40,500 Know how royaliities
$   121,500 Combined Royalities for one year

"I"  MODIFIED DOUBLE KNIVE EDGED BLADE
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

$$\begin{array}{r} x\,5 \\ \hline 24{,}000 \text{ blades per week} \\ x\quad 50 \text{ weaks} \\ \hline 1{,}200{,}000 \text{ units per year} \\ \$1.25 \\ \hline \$\,1{,}500{,}000 \text{ gross income for 1 year} \\ x\,.05\;\% \text{ royalities} \\ \hline \$\,75{,}000 \text{ Royalilties for 1 year} \end{array}$$

This below for the
Know How Royalities

| | |
|---|---|
| $  1,620,000 | $1,500,000 gross sales |
| x .05% | x19 years 17 Patent life + 2 years processing |
| $  40,500.00 | $28,500,000   19year gross sales |
| | x 05%  Royalities |
| | $ 1,425,000   19 years  Royalities w/o10%growth |

$     75,000 Straght Royaities
 +   40,500 Know how royaliities
$   115,500 Combined Royalities for one year


"J" Large Modified Double toothed edge Hollow Ground blade @ 4.25
Fits only Recipcating Flush cutting Saw
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

$$\begin{array}{r} x\,5 \\ \hline 24{,}000 \text{ blades per week} \\ x\quad 50 \text{ weaks} \\ \hline 1{,}200{,}000 \text{ units per year} \\ \$4.25 \\ \hline \$\,5{,}100{,}000 \text{ gross income for 1 year} \\ x\,.05\;\% \text{ royalities} \\ \hline \$\,255{,}000 \text{ Royalilties for 1 year} \end{array}$$

This below for the
Know How Royalities

| | |
|---|---|
| $  1,620,000 | $1,500,000 gross sales |
| x .05% | x19 years 17 Patent life + 2 years processing |
| $  40,500.00 | $28,500,000   19year gross sales |
| | x 05%  Royalities |
| | $ 1,425,000   19 years  Royalities w/o10%growth |

$     75,000 Straght Royaities
 +   40,500 Know how royaliities
$   115,500 Combined Royalities for one year

"K"  LARGE MODIFIED DOUBLE TOOTHED EDGE NAIL EMBEDDED BLADE  @ 3.50
Fits only Recipcating Flush cutting Saw
one stamp per minute, 5 blades per stamp in die times 60 minutes = 300 blades
300 blades times 8 working hours in a day =2,400 blades per day

> x 5 Days
> 12,000 blades per week
> x  50 weaks
> 1,200,000  units per year
> $3.50 Suggest Price
> $ 4,200,000 gross income for 1 year
> x .05 % royalities
> $ 210,000 Royalilties for 1 year

This below for the
Know How Royalities

| | | |
|---|---|---|
| $ | 4,200,000 | $4,200,000 gross sales |
| | x .025% | x19 years 17 Patent life + 2 years processing |
| $ | 105,000.00 | $79,800,000   19year gross sales |
| | | x 05%  Royalities |
| | | $ 3,990,000  19 years  Royalities w/o10%growth |

$     210,000 Straght Royaities
 +   105,000 Know how royaliities
$     315,000 Combined Royalities for one year


L.  LARGE MODIFIED TOOTHED EDGE METAL CUTTING BLADE 18TEETH PER
INCH @ 3.55
Fits only Recipcating Flush cutting Saw
one stamp per minute, 5 blades per stamp in die times 60 minutes = 300 blades
300 blades times 8 working hours in a day =2,400 blades per day

> x 5 Days
> 12,000 blades per week
> x  50 weaks
> 1,200,000  units per year
> $3.55 Suggest Price
> $ 4,600,000 gross income for 1 year
> x .05 % royalities
> $ 213,000 Royalilties for 1 year

This below for the
Know How Royalities

| | | |
|---|---|---|
| $ | 4,600,000 | $4,600,000 gross sales |
| | x .025% | x19 years 17 Patent life + 2 years processing |
| $ | 115,000.00 | $87,400,000   19year gross sales |
| | | x 05%  Royalities |
| | | $ 4,370,000  19 years  Royalities w/o10%growth |

$     213,000 Straght Royaities
 +   115,000 Know how royaliities
$     328,000 Combined Royalities for one year

M  LARGE MODIFIED DOUBLE TOOTHED EDGE METAL CUTTING BLADE 12
TEETH PER INCH @ 3.65
Fits only Recipcating Flush cutting Saw
one stamp per minute, 5 blades per stamp in die times 60 minutes = 300 blades
300 blades times 8 working hours in a day =2,400 blades per day

> x 5 Days
> 12,000 blades per week
> x  50 weaks
> 1,200,000  units per year
> $3.65 Suggest Price
> $ 4,380,000 gross income for 1 year
> x .05 % royalities
> $ 219,000 Royalilties for 1 year

This below for the
Know How Royalities

| | | | |
|---|---|---|---|
| $ | 4,380,000 | | $4,380,000 gross sales |
| | x .025% | | x19 years 17 Patent life + 2 years processing |
| $ | 109,500.00 | | $83,220,000   19year gross sales |
| | | | x 05%  Royalities |
| | | | $ 4,161,000   19 years  Royalities w/o10%growth |

$    219,000 Straght Royaities
+   109,500 Know how royaliities
$    328,500 Combined Royalities for one year


N.  LARGE MODIFIED DOUBLE TOOTHED EDGE ROUGH CUT 6 TEETH PER INCH
BLADE @ 3.50
Fits only Recipcating Flush cutting Saw
one stamp per minute, 5 blades per stamp in die times 60 minutes = 300 blades
300 blades times 8 working hours in a day =2,400 blades per day

> x 5 Days
> 12,000 blades per week
> x  50 weaks
> 1,200,000  units per year
> $3.50 Suggest Price
> $ 4,200,000 gross income for 1 year
> x .05 % royalities
> $ 210,000 Royalilties for 1 year

This below for the
Know How Royalities

| | | | |
|---|---|---|---|
| $ | 4,200,000 | | $4,200,000 gross sales |
| | x .025% | | x19 years 17 Patent life + 2 years processing |
| $ | 105,000.00 | | $79,800,000   19year gross sales |
| | | | x 05%  Royalities |
| | | | $ 3,990,000   19 years  Royalities w/o10%growth |

$    210,000 Straght Royaities
+   105,000 Know how royaliities
$    315,000 Combined Royalities for one year

O. 12 INCH LONG LARGE DOUBLE TOOTHED EDGE BLADE 6 TEETH PER INCH
@ 6.25

2 Blade stamping of Die per minute times60 minutes = 120 blades
120 blades per working hour times 8 working hours in a Day = 960 blades per day
960 blades per working day times 5 working days, a week = 4,800 blades per week

4,800 pieces

50 weeks

240,000 pieces per year

$ 6.25 suggested price per blade

$ 1,500,000 gross sales for one year

.05 Royalities

$ 75,000 Royalities for one year

This below for the
Know How Royalities                      $4,200,000 gross sales
$    1,500,000                           x19 years 17 Patent life + 2 years processing
      x .025%                            $79,800,000   19year gross sales
$    37,500.00                           x 05% Royalities
                                         $ 3,990,000  19 years  Royalities w/o10%growth

$    75,000 Straght Royaities
 +   37,500 Know how royaliities
$    112,500 Combined Royalities for one year

P. SMALLMODIFIED DOUBLE TOOTH EDGED, METAL CUTTING 14TPI BLADE
Fits vertical Motor Flush Cutting Jig Saw, Barrel type, and Elongated
one stamp per minute, 10 blades per stamp in ie times 60 minutes = 600 blades
600 blades times 8 working hours inq day =4,800 blades per day

x 5

24,000 blades per week

x  50 weaks

1,200,000  units per year

$1.35

$ 1,620,000 gross income for 1 year

x .05 % royalities

$ 81,000 Royalilties for 1 year

This below for the
Know How Royalities                      $1,620,000 gross sales
$    1,620,000                           x19 years 17 Patent life + 2 years processing
      x .05%                             $30,780,000   19year gross sales
$    40,500.00                           x 05% Royalities
                                         $ 1,539,000  19 years  Royalities w/o10%growth

$    81,000 Straght Royaities
 +   40,500 Know how royaliities
$    121,500 Combined Royalities for one year

know how and patent Royalites combined

A.  $ 2,140,000 Combined Royalities for one year
B.  $ 2,140,000 Combined Royalities for one year
C.  $ 2,140,000 Combined Royalities for one year
D.  $ 1,400,000 Combined Royalities for one year
E.  $    112,500 Combined Royalities for one year
F.  $    148,500 Combined Royalities for one year
G.  $    112,500 Combined Royalities for one year
H   $    121,500 Combined Royalities for one year
I.  $    115,500 Combined Royalities for one year
K.  $    382,500 Combined Royalities for one year
L.  $    328,000 Combined Royalities for one year
M.  $    328,500 Combined Royalities for one year
N.  $    315,000 Combined Royalities for one year
O.  $    112,500 Combined Royalities for one year
P.  $    121,500 Combined Royalities for one year

TOTAL  **$10,018,500**

| | | |
|---|---:|---|
| | $ 10,018,500. | |
| x | .10 | |
| | 1,001,850 | |
| + | 10,018,500 | |
| **$** | **11,020.350** | 10% growth for 91 |
| x | .10 | |
| | 1,102,035 | |
| + | 11,020,350 | |
| **$** | **12,122,385** | 10%  growth for 92 |
| x | .10 | |
| $ | 1,212,238 | |
| + | 12,122,385 | |
| **$** | **13,334,623** | 10% growth for 93 |
| x | .10 | |
| $ | 1,333,462 | |
| + | 13,334,623 | |
| **$** | **14,668,085** | 10% growth for 94 |
| x | .10 | |
| $ | 1,466,808 | |
| + | 14,668,085 | |
| **$** | **16,134,894** | 10% growth for 95 |
| x | .10 | |
| $ | 1,613,489 | |
| + | 16,134,894 | |
| **$** | **17,748,383** | 10%  growth for 96 |

| | | |
|---|---|---|
| $ | **17,748,383** | 10% growth for 96 |
| x | .10 | |
| $ | 1,774,838 | |
| + | 17,748,383 | |
| $ | **19,523,222** | 10% growth for 97 |
| x | .10 | |
| $ | 1,952,322 | |
| + | 19,523,222 | |
| $ | **21,475,544** | 10% growth for 98 |
| x | .10 | |
| $ | 2,147,554 | |
| + | 21,475,544 | |
| $ | **23,623,098** | 10% growth for 99 |
| x | .10 | |
| $ | 2,362,309 | |
| + | 23,623,098 | |
| $ | **25,985,408** | 10% growth for 2000 |
| x | .10 | |
| $ | 2,598,540 | |
| + | 25,985,408 | |
| $ | **28,583,949** | 10% growth for 01 |
| x | .10 | |
| $ | 2,858,394 | |
| + | 28,583,949 | |
| $ | **31,442,344** | 10% growth for 02 |
| x | .10 | |
| $ | 3,144,234 | |
| + | 31,442,344 | |
| $ | **34,586,578** | 10% growth for 03 |
| x | .10 | |
| $ | 3,458,657 | |
| + | 34,586,578 | |
| $ | **38,045,236** | 10% growth for 04 in combined Royalities |

# POLICY AND CONDITIONS FOR
## SUBMITTED IDEAS

**TO THE INVENTOR:**

1. WE URGE YOU TO TAKE ALL STEPS NECESSARY TO PROTECT YOUR IDEA AND TO SAFEGUARD YOUR INTERESTS. YOU SHOULD CONSULT AN ATTORNEY AND FILE AN APPLICATION FOR A PATENT.

2. IF YOU HAVE FILED FOR A PATENT, PLEASE SEND US A COPY OF JUST THE DRAWINGS AND SPECIFICATION PORTION OF THE PATENT APPLICATION, KEEPING THE CLAIMS TO YOURSELF.

3. IF YOU HAVE NOT FILED FOR A PATENT, PLEASE SEND US A COMPLETE WRITTEN DESCRIPTION OF YOUR IDEA. PLEASE INCLUDE ANY SKETCHES, DRAWINGS, OR PHOTOGRAPHS WHICH WOULD HELP US TO UNDERSTAND AND EVALUATE YOUR IDEA. ALL OF YOUR MATERIAL SHOULD BE SIGNED, DATED, AND WITNESSED.

4. PLEASE KEEP AN IDENTICAL COPY OF THE MATERIAL WHICH YOU SEND TO US, SO THAT BOTH OF US WILL KNOW EXACTLY WHAT IS INVOLVED.

5. DURING OUR EVALUATION OF YOUR IDEA, YOU AGREE NOT TO DISCLOSE OUR POTENTIAL INTEREST OR OTHERWISE USE OUR NAME WITHOUT FIRST GETTING OUR WRITTEN PERMISSION.

6. BY EVALUATING YOUR IDEA, WE WILL NOT RECEIVE ANY RIGHTS TO ANY PATENT THAT YOU NOW HAVE OR MAY ACQUIRE.

7. WE ARE NOT REQUIRED TO HOLD YOUR IDEA IN CONFIDENCE, AND NO CONFIDENTIAL RELATIONSHIP IS BEING ESTABLISHED BETWEEN US.

8. BY REVIEWING YOUR IDEA, NO AGREEMENT TO COMPENSATE IS BEING ENTERED INTO BY US, AND YOU AGREE TO RELY SOLELY UPON YOUR RIGHTS UNDER THE PATENT LAWS.

9. AFTER REVIEWING YOUR IDEA, WE ARE NOT REQUIRED TO RETURN IT TO YOU, SINCE OTHERWISE WE WOULD HAVE NO RECORD OF WHAT WAS DISCLOSED TO US.

10. WE ARE NOT REQUIRED TO TELL YOU ABOUT OUR OWN DEVELOPMENTS, OR OF OTHER IDEAS WHICH HAVE BEEN SUBMITTED TO US, OR OF OTHER IDEAS WHICH ARE ALREADY IN USE BY OURSELVES OR OUR COMPETITORS.

11. IF WE ARE INTERESTED IN YOUR IDEA AND MATERIAL, YOU WILL AGREE TO NEGOTIATE WITH US FOR RIGHTS THERETO.

12. ALL OF THESE CONDITIONS APPLY AS WELL TO ANY OTHER INFORMATION WHICH YOU MAY SEND TO US ABOUT YOUR DISCLOSURE.

To: **THE BLACK & DECKER CORPORATION, Towson, Maryland 21204**

I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONDITIONS, AND I ACCEPT THEM IN CONSIDERATION OF YOUR REVIEW AND EVALUATION OF THE ATTACHED DESCRIPTION OF MY IDEA FOR A

_SEE    BACH    SIDE_

DATE: _Apr  30  1991_                    _Daniel R. Walker_
_SIGNATURE OF INVENTOR_

FORM NO. U11075

A firm Rebutttal to B&D'spolicy and conditions
in defruading This originating Inventor

1.        **Fraudulent Misrepsentation** with the Federal Court's Imposssibility in a No Marked
         division over patentable inventions, while 28 U.S.C. § 1915 (d) is the Federal Court's
         Malignity Operation in such covert criminal activity.

2.    **Fraudulent intent** to so causing extreme financial hardship and twisting the to
      appease your vulturous greed.

3.    **Fraudulent alteration** of a privy ploy in redeigning and technical reversa to make such
      new patentable inventions appeat as though you own research and development
      depaartment came upwith such Intellectual proprietary materal First.

4.    **Fruadulent concealment**of the word "PATENTABLE' agaisnt this originator.

5.    **Fruadulent conveyance** of being a supposititious government power to so evaluate
      patentable inventions for your Vulturous greed.

6.    **Fraudulent preferences** toward you own selectiveness of such patentable inventions
      as to Make yourself bundles of money without a Licensee contract.

7.    **Fruadulent Conversion** by Purposelly useing the One Year elsaped time as a delay tatic
      for such non-Licensee Contract.

8.    **A Fraudulent covert operation** under color of Statute and of Company submittial policy
      makes suchas a felon's at EXTORTION thereunto by resason of such confederated creditors'
      time installment plans to initiate such reposssessions.

9.    **Fruadulent pretense** by you refusal thereof as to ENTER INTO the Perspective Licensee
      the right to manufacture such PATENTABLE INVENTIONS; MAKES TO SUCH SUPREME
      LARCENY OF VALUABLE INTELLECTUAL PROPERTY IS NOT YOUR TO KEEP.

10.   **Fruadulent concealment** to so redesigning The Original into another patentability;
      so as tha you cooulod be FIRST TO FILE at such patent grabbing royalities.

11.   **To so make Fraudulent Allienee** privy ploy thereunto agaisnt this Originator and having
      so called exclusive right of such irresistible insidious tyranny and followed through by such
      a defacto federal court personnel that did it the the much the; more of the same thing.

12.   **Fraudulent Alienation** with the refusal to acknowledgeing of any wrong doing.

Maliginity condition being met as a malicious contract that defrauds this Orginating Inventor with a
corrrupated court of law making oppression in a an Insidiious Work of Injustice.

From the desk of *Darrel Lee Wilber*

2261 North 35th street, Decatur Illinois 62526
Tuesday, November 02, 2004

*Darrel Lee Wilber*
*Feb 10 2005*