**E-FILED**
Friday, 11 February, 2005  02:17:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DARREL LEE WILBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 05-2037 |
| | ) | |
| ANY OFFICER THEREOF, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS THE UNITED STATES GOVERNMENT, ITS OFFICERS, EMPLOYEES AND AGENCIES AS A NAMED DEFENDANT FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR ORDER CAUTIONING PLAINTIFF FROM FILING A SUBSEQUENT MERITLESS COMPLAINT**

The United States of America, by Jan Paul Miller, United States Attorney for the Central District of Illinois, and Assistant United States Attorney David H. Hoff, requests that this Court dismiss the named defendants "Any Officer Thereof, defendants" as named defendants in this litigation pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction over the United States of America for the reasons stated in the memorandum filed simultaneously herewith.

The United States of America also requests that this Court enter an order cautioning the plaintiff against filing a subsequent meritless complaint against the

federal government.  In addition, this Court's order entered in Case No. 04-2238, should

be dispositive of this motion also.

Respectfully submitted this 11th day of February 2005.


JAN PAUL MILLER
United States Attorney


BY:    s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Darrel Lee Wilber
2261 N. 35th Street
Decatur, IL 62526-6709

s/ David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

3