UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DARREL LEE WILBER, | ) |
| Plaintiff, | ) 05-2037 |
| v. | ) |
| ANY OFFICER THEREOF, | ) |
| Defendants. | ) |

## ORDER

On November 5, 2004, the plaintiff, Darrel Lee Wilber, filed a complaint against the defendants.  *See* Case No. 04-2238 (C.D. Ill. Nov. 5, 2004).  The court granted the United States of America's motion to dismiss on January 10, 2005.[1]  The court granted the plaintiff fourteen days in which to amend his complaint.  Wilber failed to do so, and the court dismissed his complaint with prejudice.  *See* Case No. 04-2238, docket entry #10.

Wilber has now filed the instant action which, except for the first two pages, is identical to the earlier action.[2]  The new material does not change the nature of the complaint.  A dismissal with prejudice acts as a final judgment on the merits.  *Phillips v. Shannon*, 445 F.2d 460 (1971).

Therefore, this case is dismissed on the grounds of *res judicata*.

Entered this 14th day of February, 2005.

**s/Harold A. Baker**
───────────────────────────
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE

---

[1] The U.S.A. argued, and the court agreed, that the complaint was unintelligible, failed to state a basis for subject matter jurisdiction, and failed to state a valid claim against the defendant.

[2] Liberally construed, the second page alleges wrongdoing by the patent commissioner, judicial officers and the Department of Justice.  Since Wilber alleges wrongdoing against federal actors, it is insignificant that in Case No. 04-2238 Phillips named "Any Officers Thereof U.S.A." as defendants but in the instant case he named the defendants simply as "Any Officers Thereof."