05 2037
Charge discrimination
from the desk of
Darrel Lee Wilber



David H. Hoff; Tyrant blossom plucker has refused to secure (Art.1, Sec. 8, Cl. 8) in his constitutional duty toward My FIRST patentable inventions. By his nugatory "motion to dismiss for the lack of subject matter": Inventions and patents so stating some color of law Fed. R. Civ. P.12(b)(1) whence my Patentable Inventions are not being secured. In His stamp of approval and the aiding & abetting of crooks like the Black & Decker Corporation, Dewalt, Sears, Skill, Ryobi, and other who refuse to secure trough license agreement to manufaure my Patentable inventions.
He has played havic to my pursuit to happiness.
He prevented me from having Patent Royalities by reason of discrimination.
He has left the general public wanting employment.
He has hid his ill behaviour through color of Law
It is demanded that He be removed from holding office ever again.

I demand $41,849,759.00 before he is removed from office.

The inventor of the Flush Cutting Jig Saws

Saturday, February 12, 2005

Darrel Lee Wilber